UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FELICIA PRIMUS and STACY TURK, on
their own behalves and others similarly situated,

    Plaintiff,

v.                                                        CASE NO.: 8:08-cv-00693-SDM-MSS

COVERALL INTERIORS, LLC, a Foreign
Limited Liability Company,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiffs, FELECIA PRIMUS and STACY TURK, notify this Court that the parties have reached a negotiated resolution of Plaintiffs' claims against Defendant in the above referenced matter. To that end, the parties are finalizing the terms of their resolution and anticipate filing the appropriate dismissal documents with this Court within the next three (3) weeks.

                                        Respectfully submitted,

                                        **/s KELLY AMRITT**
                                        Kelly Amritt, Esquire
                                        Florida Bar No.: 648779
                                        E-mail: kamritt@forthepeople.com
                                        MORGAN & MORGAN, P.A.
                                        6824 Griffin Road
                                        Davie, Florida 33314
                                        Telephone: (954) 318-0268
                                        Facsimile: (954) 333-3515

                                        Trial Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of April 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to: all counsel of record.

**/S KELLY AMRITT**
KELLY AMRITT